## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Third Amended Plan

DEBTOR: Ines Valdivia          JOINT DEBTOR:_____          CASE NO.: 14-35129-AJC
Last Four Digits of SS# 0459          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

    A.    $ 337.78   for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (motion to value) + 775 (motion to value) = 5200
    TOTAL PAID $ 1200   Balance Due $ 4000 payable $ 80/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Tropical Park Villas Condominium Association
Address: c/o Amprex Property Management, Inc
10251 SW 72 Street #A104                                              Regular Payment $ 219 /month (Months 1 to 60)
Miami, FL 33173
Account No: 17

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Tropical Park Villas Condominium Association | 3807 SW 82 Avenue #17, Miami, FL 33155 $145,000.00 | 0% | n/a | N/a | Strip off Arrear |
| Chase Bank | 3807 SW 82 Avenue #17 Miami, FL 33155 $145,000.00 | 0% | n/a | N/a | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____     Total Due $_____
    Payable    $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors: Pay $ 5.00/month (Months 1 to 50) and Pay $ 85.00/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Wells Fargo Home Mortgage and Ally Financial and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq._____                    _____
Attorney for Debtor                                                              Joint Debtor
Date: 1/7/15                                                                          Date:_____

LF-31 (rev. 01/08/10)