UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI** DIVISION
www.flsb.uscourts.gov

In re: Ines S Valdivia                    Case No: 14-35129-AJC
                                          Chapter 13

_____Debtor_____/

# MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

## IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1.   Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of Tropical Park Villas Condominium Association (the "Lender").

2.   The real property is located at 3807 SW 82nd Avenue #17, Miami FL 33155-6712, and is more particularly described as follows: ROPICAL PARK VILLAS CONDO UNIT IV-17 UNDIV .008% INT IN COMMON ELEMENTS OFF REC 10826-183 OR 17862-499 1197 1 COC 22802-1120 10 2004 1.

3. At the time of the filing of this case, the value of the real property is $ <u>145,000.00</u> as determined by <u>Miami-Dade County Appraisal (herein Attached as Exhibit "A")</u>.

4. <u>Wells Fargo Home Mortgage</u> hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $ <u>185,311.35</u>.

5. *(Select only one):*

   <u>X</u>   Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

   ___   Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ _____ and the value of the Lender's unsecured, deficiency claim is $ _____.

6. The undersigned reviewed the docket and claims register and states (select only one):

   ___   Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

   or

   <u>X</u>   Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

   **WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161



Address    Owner Name    Folio

# SEARCH:

3807 SW 82nd Ave                                          Suite    🔍

Back to Search Results

## PROPERTY INFORMATION

**Folio:** 30-4015-038-0170

**Sub-Division:**
TROPICAL PARK VILLAS CONDO

**Property Address**
3807 SW 82 AVE IV-17
Miami, FL 33155-6774

**Owner**
INES S VALDIVIA &H MIGUEL ODICIO

**Mailing Address**
3807 SW 82 AVE #IV-17
MIAMI, FL 33155-6772

**Primary Zone**
3900 MULTI-FAMILY - 38-62 U/A

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL

| | |
|---|---|
| Beds / Baths / Half | 0 / 0 / 0 |
| Floors | 0 |
| Living Units | 0 |
| Actual Area | |
| Living Area | 1,229 Sq.Ft |

Exhibit "A"

| | |
|---|---|
| Adjusted Area | 1,229 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 1980 |



**Featured Online Tools**

Comparable Sales

Non-Ad Valorem Assessments
(http://www.miamidade.gov/pa/tax_estimator/non_advalorem_pop_up.asp?Fol=3040150380170)

(http://www.miamidade.gov/pa/tax_estimator/non_advalorem_pop_up.asp?Fol=3040150380170)PA Additional Online Tools (http://www.miamidade.gov/pa/online_tools.asp)

Glossary (http://www.miamidade.gov/pa/glossary.asp)

Property Record Cards (http://www.miamidade.gov/PaPortal/PRC/CreatePRCmain.aspx)

Property Search Help (http://www.miamidade.gov/pa/property-search-help.asp)

Report Discrepancies (http://www.miamidade.gov/pa/email/ASP/formNew.asp)

Tax Estimator (http://www.miamidade.gov/PAPortal/Taxes/TaxEstimator.aspx)

View Taxes (https://www.miamidade.county-taxes.com/public/real_estate/parcels/3040150380170)

Report Homestead Fraud (http://www.miamidade.gov/paportal/HomesteadFraud/HomesteadFraud.a

TRIM Notice (http://www.miamidade.gov/paportal/trimpdf/MakeTrim.aspx?FolSrch=3040150380170)

## ASSESSMENT INFORMATION

| Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $101,840 | $84,870 | $84,870 |
| Assessed Value | $86,143 | $84,870 | $84,870 |

## TAXABLE VALUE INFORMATION

|  | 2014 | 2013 | 2012 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $36,143 | $34,870 | $34,870 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $61,143 | $59,870 | $59,870 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $36,143 | $34,870 | $34,870 |

## BENEFITS INFORMATION

| Benefit | Type | 2014 | 201 |
|---|---|---|---|
| Save Our Homes Cap (http://www.miamidade.gov/pa/amendment_10.asp) | Assessment Reduction | $15,697 | |
| Homestead (http://www.miamidade.gov/pa/exemptions_homestead.asp) | Exemption | $25,000 | $25,00 |
| Second Homestead (http://www.miamidade.gov/pa/exemptions_homestead_additional.asp) | Exemption | $25,000 | $25,00 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

TROPICAL PARK VILLAS CONDO

UNIT IV-17

UNDIV .008%

INT IN COMMON ELEMENTS

OFF REC 10826-183

OR 17862-499 1197 1

COC 22802-1120 10 2004 1

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page |
| --- | --- | --- |
| 10/01/2004 | $210,000 | 22802-1120 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=22802&F |
| 11/01/1997 | $98,500 | 17862-499 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=17862&F |
| 12/01/1992 | $0 | 15762-2964 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=15762&F |
| 03/01/1992 | $0 | 15548-1938 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=15548&F |
| 05/01/1988 | $64,000 | 13700-3313 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=13700&F |
| 08/01/1980 | $59,500 | 10859-0091 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=10859&F |

For more information about the Department of Revenue's Sales Qualification Codes (http://dor.myflorida.com/dor/property/rp/dataformats/pdf/s

## ADDITIONAL INFORMATION

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

| LAND USE AND RESTRICTIONS | |
|---|---|
| Community Development District: | NONE |
| Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE |
| Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY |
| Zoning Code: | RU-4M - MODIFIED APARTMENT HOUSE DISTRICT, 35.9 UNITS/NET ACRE |
| Zoning Land Use: | 517 |

Government Agencies and Community Services (http://gisweb.miamidade.gov/communityservices/CommunityServicesAll.html?x=&y=&bufferDistance=5&address=3807 SW 82 AVE IV-17)

### OTHER GOVERNMENTAL JURISDICTIONS

Business Incentives (http://gisweb.miamidade.gov/businessincentive/default.aspx?searchType=address&paramvalue=3807 SW 82 AVE IV-17, Unincorporated County, FL 33155-6774&)

Childrens Trust (https://www.thechildrenstrust.org/)

Environmental Considerations (http://gisweb.miamidade.gov/environmentalconsiderations/default.aspx?searchtype=address&paramvalue=3807 SW 82 AVE IV-17, Unincorporated County, FL 33155-6774&)

Florida Department Of Revenue (http://dor.myflorida.com/dor/property/)

Florida Inland Navigation District (http://www.aicw.org/index.jsp)

Miami-Dade County (http://miamidade.gov/)

Miami-Dade County Bulletin Board (http://bbs.miamidade.gov/)

Non-Ad Valorem Assessments (http://www.miamidade.gov/pa/tax_estimator/non_advalorem_pop_up.asp?Fol=3040150380170)

School Board (http://www.dadeschools.net/)

South Florida Water Mgmt District (http://www.sfwmd.gov/portal/page/portal/sfwmdmain/home%20page)

Tax Collector (http://www.miamidade.gov/taxcollector/)

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

For inquiries and suggestions email us at http://www.miamidade.gov/pa/email/ASP/formNew.asp (http://www.miamidade.gov/pa/email/ASP/formNew.asp).

Version: 2.0.1

# EXEMPTIONS & BENEFITS

Deployed Military (http://www.miamidade.gov/pa/exemptions_military.asp)

Disability Exemptions (http://www.miamidade.gov/pa/exemptions_disabilities.asp)

Homestead (http://www.miamidade.gov/pa/exemptions_homestead.asp)

Institutional (http://www.miamidade.gov/pa/exemptions_institutional.asp)

Senior Citizens (http://www.miamidade.gov/pa/exemptions_homestead_senior.asp)

More > (http://www.miamidade.gov/pa/exemptions.asp)

## REAL ESTATE

40 Yr Building
Re-Certification (http://www.miamidade.gov/pa/property_recertification.asp)

Appealing Your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp)

Defective Drywall (http://www.miamidade.gov/pa/news_drywall.asp)

Folio Numbers (http://www.miamidade.gov/pa/property_folio_numbers.asp)

Mortgage Fraud (http://www.miamidade.gov/pa/mortgage-fraud.asp)

More > (http://www.miamidade.gov/pa/real_estate.asp)

## TANGIBLE PERSONAL PROPERTY

Appealing your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp)

Assessment Information Search (http://www.miamidade.gov/pa/business_lookup.asp#/)

Exemptions (http://www.miamidade.gov/pa/exemptions_tangible.asp)

Extension Requests (http://www.miamidade.gov/pa/property_tangible_extension.asp)

Filing Returns (http://www.miamidade.gov/pa/exemptions_tangible_filing.asp)

More > (http://www.miamidade.gov/pa/property_tangible.asp)

## PUBLIC RECORDS

Address Blocking (http://www.miamidade.gov/pa/public_records_address_block.asp)

Change of Name (http://www.miamidade.gov/pa/public_records_name_change.asp)