UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:  Ines Valdivia                                                   Case No: 14-35129-AJC
                                                                                      Chapter 13

_____Debtors_____/


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on January 7, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Ines Valdivia
3807 SW 82 Avenue
#17
Miami, FL 33155

Tropical Park Villas Condominium Association, Inc.
10251 SW 72 Street
#104
Miami, FL 33173

Via Certified Mail:

Tropical Park Villas Condominium Association, Inc.
Attn: Antonio R. Gonzalez, President
780 NW 42 Avenue
Suite 630
Miami, FL 33126

                      Respectfully Submitted:

                      **ROBERT SANCHEZ, P.A.**
                      Attorney for Debtor
                      355 West 49th Street
                      Hialeah, FL 33012
                      Tel. 305-687-8008

                      By:*/s/ Robert Sanchez*_____
                      Robert Sanchez, Esq., FBN#0442161