UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:  Ines Valdivia                                              Case No: 14-35129-AJC
                                                                                  Chapter 13

_____Debtors_____/


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held By Tropical Park Villas Condominium Association, Inc. was sent to all interested parties on March 5, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Ines Valdivia
3807 SW 82 Avenue
#17
Miami, FL 33155

Tropical Park Villas Condominium Association, Inc.
10251 SW 72 Street
#A-104
Miami, FL 33173

Tropical Park Villas Condominium Association, Inc.
c/o AMPREX Property Management, Inc.
10251 SW 72 Street
Suite A-104
Miami, FL 33173

Tropical Park Villas Condominium Association, Inc.
c/o Jerry Gehman, President
3828 SW 79th Avenue
#108
Miami, FL 33155

                  Respectfully Submitted:

                  **ROBERT SANCHEZ, P.A.**
                  Attorney for Debtor
                  355 West 49th Street
                  Hialeah, FL 33012
                  Tel. 305-687-8008

                  By:*/s/ Robert Sanchez*_____
                   Robert Sanchez, Esq., FBN#0442161

Case 14-35129-AJC    Doc 43    Filed 03/05/15    Page 3 of 3