UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              Case Number: 14-35129-BKC-AJC
                                                    Chapter 13
INES S VALDIVIA,

Debtor(s)._____/

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

---

**Claim#:**      3
**Claimant:**    Ally Financial
**Reason:**      The Debtor's confirm plan states the claim will be paid directly outside the bankruptcy. The creditor's proof of claim list an unsecured portion which would cause the unsecured portion to be paid by the Trustee and the Debtor. The Trustee seeks an order allowing

**Page 1 of 2**

the claim but no distribution to be made from the Trustee on the claim as it is paid directly outside the bankruptcy.
**Disposition:** Sustain Objection and allow the claim but no distribution from the Trustee.

  **I CERTIFY** that a true and correct copy of this Objection to Claim was served upon Counsel for the Debtor(s) and the parties listed below on _____ JUN 2 2016 _____.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _Jose V. Miceli_
JOSE IGNACIO MICELI, ESQ.
FLORIDA BAR NO: 0077539

COPIES FURNISHED TO:

BY U.S. FIRST CLASS MAIL

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

C T CORPORATION SYSTEM
c/o Ally Financial f/k/a GMAC
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**BY CERTIFIED MAIL:**
Ally Financial
Attn: Brown, Jeffrey, President
440 S. CHURCH STREET
CHARLOTTE, NC 28202
Certified mail no.: 7008 3230 0003 1399 4301