

**ORDERED in the Southern District of Florida on July 27, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                        Case No. 14-35129-BKC-AJC
                                                              Chapter 13
INES S VALDIVIA,

_____Debtor(s).\_\_\_\_/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM

This matter having been considered without hearing upon the Trustee's Objection to Claim [ECF No. 45], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Trustee's objection to the following claim is **SUSTAINED**:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| Ally Financial | 3 | Claim is stricken and disallowed as the Debtor's confirmed plan states the creditor will be paid directly outside. |

###

**Submitted by:**

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE


By: /s/_____
JOSE MICELI, ESQ.
FLORIDA BAR NO: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).