**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                           Case No. 14-35219-AJC
                                                                 Chapter 13

INES S. VALDIVIA,

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, the firm of Richard R. Robles, P.A. and files this Notice of Appearance as counsel of record for Tropical Park Villas Condominium Association, Inc., in the above-styled cause, and requests:

1. That the firm be added to the Matrix as:

    Law Offices of Richard R. Robles, P.A.
    905 Brickell Bay Drive, Suite 228
    Miami, Florida  33131

2. That the firm be provided copies of all pleadings filed herein.

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: April 10, 2017.

Respectfully Submitted,


Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida 33131
(305) 755-9200
Primary E-mail: rrobles@roblespa.com
Secondary E-mail: nrossoletti@roblespa.com
                knieves@roblespa.com

<u>/s/  Richard R. Robles, Esquire</u>
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481
NICHOLAS G. ROSSOLETTI, ESQUIRE
Florida Bar No. 0051466