UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                              CHAPTER 13

INES S. VALDIVIA                  CASE NO. 14-35129-AJC

        Debtor(s).
_____/

### CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Motion to Vacate Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Tropical Park Villas Condominium Association, Inc. Pursuant to Federal Rule of Civil Procedure 60(b)(4) and Federal Rule of Bankruptcy Procedure 9024 [ECF #55] and Notice of Hearing [ECF #56] and were served electronically to all NEF registered parties and/or via U.S. Mail to the attached service list on this 14th day of April, 2017:

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, Fl 33130-1614
(ECF Registered)


Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027
(ECF Registered)


Ines S. Valdivia
c/o Robert Sanchez, Esquire
355 W 49th Street
Hialeah, FL 33012
(ECF Registered)

Respectfully submitted,

Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
Telephone:   (305) 755-9200
Emails:        <u>Rrobles@roblespa.com</u>
                   <u>nrossoletti@roblespa.com</u>
                   <u>knieves@roblespa.com</u>

<u>/s/ Richard R. Robles, Esquire</u>
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481
NICHOLAS G. ROSSOLETTI, ESQUIRE
Florida Bar No. 0051466

Ally Financial serviced by Ally Servicing LL
PO Box 130424
Roseville, MN 55113-0004

Best Buy
P.O. Box 790443
Saint Louis, MO 63179-0443

Chase Bank
P.O. Box 9001020
Louisville, KY 40290-1020

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

Macy's
P.O. Box 183083
Columbus, OH 43218-3083

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Target
P.O. Box 660170
Dallas, TX 75266-0170

Tropical Park Villas Condominium Association
10251 SW 12th ST, #104
Miami, FL 33173-2957

Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306-3411

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Citi
P.O. Box 6004
Sioux Falls, SD 57117-6004

Internal Revenue Service
P.O. Box 7356
Philadelphia, PA 19101-7346

Office of the US Trustee
51 S.W. 1st Street, Suite 1204
Miami, FL 33130-1614

Quantum3 Group LLC as agent of Collins Asset Group LLC
P.O. Box 788
Kirkland, WA 98083-0728

The Home Depot
P.O. Box 790393
Saint Louis, MO 63179-0393

Victoria's Secret
P.O. Box 659728
Saint Antonio, TX 78265-9728

Ecast Settlement Corporation assignee Of Cit NA
P.O. Box 29262
New York, NY 10087-9262

Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2284

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Department Stores National Bank/Macys
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040-8053

Old Navy
P.O. Box 960017
Orlando, FL 32896-0017

TD Bank USA, N.A.
C O Weinstein and Riley, PS
2001 Western Avenue, STE 400
Seattle, WA 98121-3132

Tropical Park VillaS Condominium Assoc.
c/o Amprex Property Management, Inc.
1051 SW 72nd Street, Suite A-104
Miami, FL 33173-2957

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Ines S Valdivia
3807 SW 82nd Avenue #17
Miami, FL 33155-6712