

**ORDERED in the Southern District of Florida on October 13, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No. 14-35129-AJC
    INES S. VALDIVIA                    Chapter 13
        Debtor.
_____/

**AGREED ORDER DENYING MOTION TO VACATE ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY TROPICAL PARK VILLAS CONDOMINIUM ASSOCIATION, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(4) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024 [ECF #55]**

THIS MATTER came to the Court on Tropical Park Villas Condominium Association, Inc.'s (hereinafter "Creditor") Motion to Vacate the Order Granting the Motion to Value and Determine Secured Status of Lien on Real Property Held by Tropical Park Villas Condominium Association, Inc. [ECF #37] (hereinafter "Valuation Order") pursuant to Federal Rule of Civil Procedure 60(b)(4) and Federal Rule of Bankruptcy Procedure 9024. The Court being duly advised that the parties have agreed to the full and final resolution of any and all matters raised in the Motion and have agreed to entry of this Order, and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED**:

1. The Motion is **Denied**, subject to the terms and conditions of this Order.

2. The Debtor and the Creditor have agreed for the Debtor to pay a total Settlement Amount of $4,710.70 and bear interest at the rate of 0% per annum outside the chapter 13 plan over the following 24 months. Payments shall be $196.28 per month for 23 months and a final payment of $196.26. The payments shall commence on or before the **1st** of each month until paid in full. Payments are to commence the first month following the date of entry of this Agreed Order.

3. If the Debtor makes all Settlement Payments and obtains her discharge, the Creditor agrees to issue a release of lien within 30 days of the Debtor's discharge. The lien that shall be released was recorded on October 28, 2013 in favor of the Creditor in Official Records Book 28885, Page 2141 of the Official Records of Miami-Dade County, Florida for a stated amount of $2,359.74.

4. The Creditor shall withhold refiling of the Motion to Vacate or filing a Motion for Relief from Stay if the Debtor is current with the Settlement Amount described above and the Debtor is current with her payments to the Chapter 13 Trustee.

5. All payments shall be made payable to:   Tropical Park Villas Condominium
   Association, Inc.
   Mailed to:

   Tropical Park Villas Condominium
   Association, Inc.
   10251 SW 72nd Street, Unit 104
   Miami, Florida 33173

6. Both the Debtor and Creditor shall bear their own attorney's fees and costs and no fees shall be assessed to the Debtor for anything in connection to the Motion to Vacate and this Agreed Order.

7. Upon non-receipt of funds by Creditor pursuant to paragraph 2, Creditor shall immediately give written notification to the Debtor and Debtor's counsel that payment was not received. The Debtor shall have ten (10) days after receiving said notice of non-receipt to cure the past-due payment. Upon non-payment after said time period has expired, the Creditor would be entitled to refile its Motion to Vacate or file other motions as it deems necessary.

8. The Court retains jurisdiction to enforce the terms of this agreement.

# # #

This order prepared by:

Richard R. Robles, Esquire
Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida 33131
Telephone: (305) 755-9200
Primary E-mail: rrobles@roblespa.com
Secondary E-mail: nrossoletti@roblespa.com
                      knieves@roblespa.com

The Law Office of Richard R. Robles, P.A. is hereby directed to mail a conformed copy of this order to all affected parties.